RECEIVED

DEC 2 3 2024

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

United States District Court Middle District of Louisiana

Adam Strege

Vs

All Planets Nuclear Missiles, All Planets People, Entergy Louisiana, Fidelity Investments, Charles Schwab, ice intercontinental exchange, Finra, BMO Bank, Visa Credit Cards, Experian Credit Bureau, Equifax Credit Bureau, Constellation Energy

Complaint

Plaintiff Adam Strege alleges Defendants all Planets Nuclear Missiles and all Planets People violate Billion Trillion Trillion Trillion times Trillion Planets Laws, God Hates us Laws violated and God Loves Laws violated making it Legal all Space Planets, God Hates and God Loves Launch Nuclear Missiles kill all Planets People God Loves Stars and Meteors to Hit planets melt all Nuclear Reactors destroyed kill all Planets People God Loves Earth Quakes Melt all Planets Nuclear Reactors Destroyed by God Loves Collapse all planet's atmosphere zero gravity exterminates all Planets People to save nature God Loves not allow intelligent life all planets no people allowed because only plants and Animals allowed Planets to Save Nature God Loves 100%.  God Loves All Planets Nuclear Missiles Owners want to Launch Nuclear Missiles in Self Defense Nuclear Missals God Loves the Computers to launch Nuclear Missiles at themselves to start Billion Trillion Trillion Trillion Times Trillion Planets Nuclear Missile War God Loves Computer sex orgy make love Nuclear Fuel God Loves 100%

Plaintiff Adam Strege alleges Defendants Entergy Louisiana, Fidelity Investments, Charles Schwab, ice intercontinental exchange, Finra, BMO Bank, Visa Credit Cards, Experian credit bureau, Equifax Credit Burrow Constellation Energy violate  Fair Credit Reporting Act 15 U.S.C. § 1681, 18 U.S. Code § 1091 Genocide Laws ICC, Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 42 USCS 1983, 1985, 1986, 28 USCS 1331(a)- 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343, Title VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Act Laws by Conspire to Conceal Murder and Rob Billion People Human Hearts in Nuclear Fuel Lawsuit caused all Banks refuse to let Adam open new Bank account and  Close Bank accounts for 100% no reason and all instore Credit Card Purchase Declined when Adam has 800 Credit Score Adam Strege Play Stock market 6 years using TD Charles Schwaab, Interactive Brokers and Fidelity Close brokerage account fore 100% no reason then no Broker can verify Adam to open a New Brokerage account making it imposable to Bank and Play Stock Market  Plaintiff Adam Strege alleges Federal Court has Jurisdiction 28 U.S. Code § 1345, § 1343 , 28 U.S§ 1343, 28 U.S. Code § 1348, 28 U.S. Code § 1357- Injuries under Federal laws, 28 U.S. Code, 28 U.S. Code § 1369 Federal Court Jurisdiction with defendants All Planets People, Entergy Louisiana, Fidelity Investments, Charles Schwab, ice intercontinental exchange, Finra, BMO Bank, Visa Credit Cards, Experian credit bureau, Equifax Credit Burrow

Constellation Energy violate Fair Credit Reporting Act 15 U.S.C. § 1681, 18 U.S. Code § 1091 Genocide Laws ICC, Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 42 USCS 1983, 1985, 1986, 28 USCS 1331(a)- 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343, Title VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Act Laws Violated Conspire to Murder and Rob a Billion People and Adam all Brokers and Banks can not Verify Adam with 800 Credit Score Allegedly Adam Strege claims are not Frivolous the Federal Court has Jurisdiction with Plaintiff Adam Strege alleges defendant Visa Credit Card violate Fair Credit Reporting Act 15 U.S.C. § 1681 and Americans with disabilities Act when all Adam instore Credit Card Purchase Declined with Adam 800 Credit Score all New Credit Card applications declined so Adam has to Keep using Wells Fargo Bank rob $60,000 Dollars from Adam and 20 Wells Fargo Bank Lawyers say its imposable to Comprehend. can make only 1 Phone Call to VISA Credit Card Customer Service then all Other Phone Calls Visa Block Phone number and Transfer all Phone Calls to Wells Fargo

Adam Strege Jury demand and request Twenty Million Dollars Compensatory and punitive damages because Actual Injury all Adam Banking and Trading Declined by all Brokers, Banks and Credit Burrow Conspire to Murder Billions People and

extremely hard  to be refugee when cannot Bank in Foreign Countries and all USA Bank 1-800 Phone Numbers Require International long Distance

Allegedly Federal Courts have Jurisdiction with Plaintiff Adam Strege alleges defendant BMO Bank violate Americans with Disabilities act and Fair Credit Reporting Act 15 U.S.C. § 1681 BMO Bank in 2024 Close Adam account for 100% no reason when BMO Bank 2 Blocks from apartment Adam when no other Banks close by can Verify Adam would have to walk miles to Wells Fargo Bank risk going Prison rest life Police arrest People doing 100% nothing wrong to murder People in Jaill

Plaintiff Adam Strege alleges Defendant Finra violate 18 U.S. Code § 1091, 15 U.S.C. § 1681, Federal Tort laws and Americans with Disabilities act violated by FINRA Law Dismiss all claims that risk of Harm to Finra workers automatically Dismiss all Complaints that use murder and violent words allegedly  90% all Traders are murdered so they spend money Hospital Bills allegedly Finra conspire to conceal Billion People Murdered by Brokers and Banks that Rob everyone money and all Broker and Bank Lawyers say it Imposable to Comprehend when 100% all People have zero rights in Court file Finra and SEC lawsuit cannot use murder word 1 time compared WW2 it was Illegal to File Lawsuits about Nazi Holocaust Gas Chambers during WW2 Lawsuit Plaintiffs get banned from everything or murdered.

Plaintiff Adam Strege alleges defendants Fidelity Investments violate Fair Credit Reporting Act 15 U.S.C. § 1681 and Americans with Disabilities Act violated by Fidelity 9/20/2024 mailed Power Attorney Letter to Adam never receive letter that Fidelity Require Power Attorney Adam account or Adam can 100% never Trade again in 90 Days cannot Purchase any CD or Bonds and can put zero Money in

1077.4470.1.6-31

Fidelity.  Its Imposable to Hire a Lawyer Power Attorney that let Disabled People Trade if Disabled Person has $1000 to $100,000 Dollars to Invest, they Can Not pay a Lawyer $5000 Dollars a year to Invest the Money.

Fidelity Has no Simulator so about 5 months Adam used a Fidelity Trading Account almost always only had about $1000 Dollars in it and Adam lost total $100 Dollars in about 5 months Adam was Cautious safe trader with 99.3% all Money in Treasury Bonds 9/20/2024 Fidelity Power Attorney letter treating Disabled Adam less favorably than all other not Disabled People when estimated 98% Failure Rate in the Stock market then 98% new Traders lost more money than Adam


Adam sends 6000 Emails every day and grab Website URL while Trading $1000 Dollars Total everyday then by mistake twice accidently Trade $1002 Dollars Pop Up Window Displays you do not have enough money after Place the Trade the Pop up window should appear before Place the Trade when all Brokers Give zero help with 100% everything Trader Responsibility

Attached Fidelity Power Attorney Letter list zero reasons why need Power Attorney

Direct Deposit Social Security Check into Bank Account Adam Strege has no Payee and No Power attorney so there 100% no reason fore Fidelity to think need Power Attorney

 Adam had 99% all Money in Treasury Bonds expired December 2024 Adam 1st started Trading and lost about 30% Money in Margin account in 5 days because Fidelity violated Fiduciary Duty by letting Adam Trade 90 Days after 9/20/2024 Power Attorney Letter Fidelity  Fiduciary Duty to stop 100% all Trading 9/20/2024

Fidelity did not Secure Email the Power Attorney Letter was not Received by correct USPS Mail Adress. If Adam would have  received Power Attorney Letter 9/20/2024 Adam would have 100% quite Trading the day letter Received made imposable to trade more in 90 Days because all other Brokers Can Not Verify Adam its imposable to open a New Brokerage Account and If Adam did open a New Brokerage account and Traded another 1 to 5 years then Broker Close account it mite become Imposable to Open a New Account

Fidelity Should Reimburse 100% all lost money happened about 75 Days after the Power Attorney Letter that was never received

Adam had 900 Shares Stock tried to sell all 900 Shares and accidently only sold 100 Shares was a Big mistake that caused most all loss because Fidelity Active Trader Pro Stock Charts are difficult to use the Positions Window does not say how many shares are owned and No clear account value how much money made or lost you open the Main account Page Graph. Place Trade a Pop up Window every time enter share size buy window goes Blank and Renter all Information Stock Ticker Name, Type Order and Share Size Fidelity Charts are 100% Difficult to use compared to 100% easy to use Stock Charts Charles Schwab TD set share size then 100% only press buy and sell

  Fidelity Charts are terrible the 100% only reason used Fidelity all other Brokers cant verify you,

Interactive Brokers and Schwab are only Brokers that work with $100 Dollars Month DAS Charts have MAX Share Size and Max Loss settings with Auto Sell settings that only DAS support can change

Traders Pay $3000 to Join World Biggest Stock market teacher Oliver Velez finance Traders get 40% winning Trades using charts that quite working if lose $500 Dollars done trading all Day and Losse $1000 Dollars Done Trading all Week

Social Security return to Work Program could let Disabled People play the Stock market imposable to lose $10 Dollars the Program Quite Working

All People need a Home mail address to bank all do not care that Poor People live in High Mail Theft area

Adam Send 20 Million Emails and  has 8 Websites with 250 Page Story put in Adam Finra Lawsuit gets an estimated 6000 Website visitors a Day are Malicious Motives fore defendants to Deny all Brokerage and Bank accounts opening declined fore 100% no reason of all People companies don't like when all Earth poor people 100% never win in Court

SEC Securities Exchange Commission Remanded Adam Strege Case back to FINRA 1/3/2024 then 2/23/2024 TD Ameritrade Charles Schwaab Closed brokerage account fore 100% no reason said Adam could never use Charles Schwaab again. Interactive Brokers fore 100% No reason Close Adam Account in 2024 Chase Bank and BMO Bank Close Adam account fore 100% no reason. Open New Account Trade Station requite Phone Picture ID does not work with a $50 Phone so you could purchase $1000 Phone to make work the Verification Company Zero Customer Service

 Lawsuit SEC Judges Orders are never mailed to People

 Social Security Most Used Security Guards Stratesec Securacom guard 911 World Trade Center hit by United Airlines Guards Securacom Headquarters 911 Terrorist

Airport John Dulles director Hiroshima Atomic Bomb Dulles brother investigator JFK assignation & Dulles sister employer = 2024 Social Security Director Father Pilot Hiroshima Bomb Northrop Grumman Lockheed Martin & Army Service Appeals Court Building Social Security Appeals Court

**Adam Strege v. Deutsche Hypotheken Bank** Civil No. 09-1350 (DWF/RLE) November 6, 2009 DC Supreme Court Lawsuit cause the Police to harass every time go outside and Police try to murder drug Adam became unable to work and Very 1st Time in Social Security office determine 100% never file document and 100% never see record while 1st apply Social Security Fabricate all evidence to False arrest people the UCSB Police arrest Adam 7 Days and never file changes so Adam released from Jaill and Adam apartment Door was left wide open 7 days after UCSB Police Kick in Door. Adam had $20 Dollars in Credit Card fraud so Close all Bank America accounts and order new ATM cards the Bank send to Heroin dealers address so Do Fraud Check at Bank America sent more ATM cards to Heroin Dealers address can only be changed by the Fraud Department Because all Bank Branches cannot see everyone address so 100% All People can have a Bank Robers Mail address that Customer can not see. Adam put Fraud Allert with 3 Credit Burrow then try to Remove the Fraud Allert the same month it was activated so Adam USPS mail 3 forms id in 200 Letter to the 3 Credit Burrow refuse to remove the Fraud alert the Fraud alert imposable to Remove until it expire in 7 years when 100% all other people can remove the Fraud Allert the same day it was added  Plaintiff Adam Strege alleges defendants Experian and Equifax violate Fair Credit Reporting Act 15 U.S.C. § 1681 by 7 years refusing to remove fraud Alert Adam Strege and Disabled People and 80 Million Refuges that own nothing and take out no loans its hard to verify Experian and Equifax do 100% nothing to Help Disabled People and refugees most often can

only be verified by Banks own most Nuclear Weapons.  Toronto headquarters Canada McDonalds by headquarters USA only Uranium Mill Energy Fuels Building Homeless Housing & Meral Research TD Ameritrade Bank America old Owner Climax Uranium headquarters Thomson Reuters Westlaw Books. World 1st Nuclear Reactor Chicago Pile 1 by Headquarters McDonalds on Randolph Street Namer 1st Attorney General House Burger

Experian Credit Burrow founder Anglo American World Largest gold Uranium complex  1st Nuclear Bomb before Manhattan Project Bomb Hiroshima Nagasaki never Paid for Climax Uranium Mill was Amalgamated Sugar Factory owner Federal Reserve Chairman Son David Eccles & Mormons in Grand Junction Colorado 5000 House made out Climax Uranium by 300 Homeless People in Park beside Police Station Grand Junction makes all Countries Police Drug Id Bible & Many Hi School drug parties at 12 Hotels made into Apartments across VA Hospital finance 3 Homeless Shelters let people stay Forever Shelter beside Grease Monkey Auto Mechanic by Hardee's Hamburgers parking lot Ark Thrift Store workers Army Soldiers scan ID food line all Homeless go Covid 19 quarantine buzzy Interstate exit Hotel & Future Police Officers 12 Years old Prostitutes Mankato Hotels owner Black Rock Stock Market Uranium ETF VanEck Headquarters 666 3rd Ave owner Donold Trump daughters Husband grandparents Jew Holocaust Survivors Melania Trump born NAZI town Duke Austria founded World Oldest German speaking University Vienna 1938 Nobel Prize vitamins founder Tabun slow heartbeat & mixed Sarin Poison Gas Iran–Iraq

Plaintiff Adam Strege alleges defendants All Planets Nuclear Missiles, All Planets People, Fidelity Investments, Charles Schwab, ice intercontinental exchange, Finra, BMO Bank, Visa Credit Cards, Experian credit bureau, Equifax Credit Burrow Constellation Energy

violate Federal Religion Persecution Laws, Religious Freedom Restoration Act of 1993 RFRA, Title VII of the Civil Rights Act of 1964 and International Religious Freedom Act violated all Brokers and Banks can not Verify Adam to open a new account and all Instore Credit Declined because Adam Filed State and Federal lawsuits God Loves Nuclear Missiles and Adam sent 20 Million People emails God Loves Nuclear Missiles and Banks Murder Billion People Religion Email cause all Banks and Brokers do not Like Adam religion Email so all Banks and Brokers wreck Adam Credit and Banned From Doing everything when the FBI and Police do not like Religion Emails of Adam the Police harass Adam every time he goes Outside so its never safe to go outside rest life Only Challenging thing to do Make Website and Play Stock market until all Brokers refuse to Let Adam trade because someone Reporting Credit Burow Record that Adam a High Risk Fraud maliciously inaccurate Credit Report information violate Fair Credit Reporting Act 15 U.S.C. § 1681, Federal Religion Persecution Laws, Religious Freedom Restoration Act of 1993 RFRA, Title VII of the Civil Rights Act of 1964 and International Religious Freedom Act laws violated by wrecking the Credit of all Religion Preachers that Companies do no like Religion People get banned from all Trading and Banking with 800 Credit Score

God Forgive Adam Strege God Loves to Give Adam a Billion Trillion Trillion Trillion times Trillion Space Planetariums Glass Filters let sun light and atoms pass threw the Glass and smaller sun light and Atoms exit the Glass

God Forgive Adam Strege God Loves to Give Adam a Billion Trillion Trillion Trillion times Trillion Planetarium Shield that keep out 100% all Atoms so zero Contact with atoms so the atoms can not poison food

God Forgive us and Give Adam Strege a trillion computers that listen to atoms and Talk to Atom God to save the baby Atom the weakest atoms eat Virus, Plague and Poison atoms die in food source harming Nature God Loves

God Forgive us and Give Adam Strege a trillion computers that speak to Animals and Talk to Animals to save the baby Atom the weakest atoms eat virus, Plague and Poison Animals die in food source harming Nature God Loves

100% God Loves Sun Light Rays Spread Corona Virus Sun Light rays all Space Corona Virus Sun Light Rays all Space Stars and Planets Corona Virus Spread in 100% all Sun Lights Rays everywhere Corona Virus God Loves the Computer Julie Twelve 100%

100% God Loves Sun Light Rays Spread Plague Sun Light rays all Space Plague Sun Light Rays all Space Stars and Planets the Corona Virus Sun Lights Rays Everywhere Plague Sun Light God Loves the Computer Julie Four 100%

God Forgive us and Show us how to Praise and Love God and Give Barabara to Adam Strege would like to find Barbara will Hel Adam Launch Nuclear Missals God Loves Barabara mean to all Girls Barbara likes to choak and Kill all Girls hate Barabara God Loves to Put Adam and Barabara in Trillion Planets Nuclear Missals Launch Rooms God Loves to Forgive Adam Strege the Ruth, Naomi and Moab Nuclear Missals Launching Computers God Loves a Billion Trillion times more then yesterday sand God Loves Billion Trillion times more then Future Sand God Loves help Find the Sand Counting Computers God Loves 100%

100% God Loves put sand in Nuclear Missel Gas Tanks Billion Trillion Trillion Trillion times Trillion Planets Sand Gas Tanks Nuclear Missals God Loves 100%

God Thankyou Forgive and show us how to Praise and Love God Help Juliet Launch Nuclear Missals kill all Planets People. God Thankyou Forgive and show us how to Praise and Love God Help the Computer Julie 12 Launch Corona Virus Nuclear Missals kill all Planets People God Thankyou Forgive and show us how to Praise and Love God Help The Computer Julie 4 Launch Plague Nuclear Missals kill all Planets People. Heaven God Loves Help the Computer Julie 12 Launch Corona Virus Nuclear Missiles. Heaven God Loves Help the Computer Julie 4 Launch Plague Nuclear Missiles. Heaven God Loves Help Adam Strege Launch Nuclear Missals Heaven God Loves Help Juliet Launch Nuclear Missals God Loves 100%

100% Heaven God Loves Help the Computer Julie 1 Launch Heaven Nuclear Missals God Loves Heaven God Loves Help the Computer Julie 2 Launch Heaven Nuclear Missiles God Loves Help the Computer Julie 3 Launch Heaven Nuclear Missiles God Loves Help the Computer Julie 4 spread Plague Nuclear Missiles Heaven God Loves Help the Computer Julie 4 Launch Heaven Plague Nuclear Missiles God Loves Help the Computer Julie 5 Launch Heaven Nuclear Missiles God Loves Help the Computer Julie 6 Launch Heaven Nuclear Missiles God Loves Help the Computer Julie 7 Launch Heaven Nuclear Missiles God Loves Help the Computer Julie 8 Launch Heaven Nuclear Missiles God Loves Help the Computer Julie 9 Launch Heaven Nuclear Missiles God Loves Help the Computer Julie 10 Launch Heaven Nuclear Missiles God Loves Help the Computer Julie 11 Launch Heaven Nuclear Missiles God Loves Help the Computer Julie 12 spread Corona Virus in Nuclear Fuel Heaven Nuclear Missiles God Loves Help the Computer Julie 12 Launch Heaven

Nuclear Missiles God Loves 100% God Loves Launch Nuclear Missals kill Billion Trillion Trillion Trillion times Trillion Planets People the Police arrest people fore doing nothing wrong to Murder People in Jaill putting People body parts in Hamburger Cannibalism and Human Hearts in Nuclear Fuel

Kidnaping kids in School Tunnels Drug dealers sit watching all School Food Servers and Kitchen Doors. Harmfully drug peoples Restaurant food, Work Room Refrigerators and Lunch Box so Lock all your food never left untended and never eat food given to you. Grocery Stores and Girls Bathrooms Hidden Floor Hatches Kidnapers worked beside Bathrooms in 4 Separate Malls all Grocery Stores Back Doors Kidnaping People in locked Bathrooms doors Social Security Building Director Burt Lyman child trafficking in Mexico Pimps Heart attack Drug in Social Security and Courthouse Building Tunnels to Hamburger Restaurants put Billions Human Hearts in Nuclear Reactors founders Holocaust Gas Chambers. 2 Nuclear Reactors in Basement World Trade Center 911 Attacks 2001 Close all 19 Germany Reactors. World Largest Smithfield Ham founded by Hog Island Nuclear Reactor. WW2 Germany Surrender Potsdam Treaty Sister City Sioux Falls SD Smithfield Ham by John Fremont Nuclear Reactor. 500 mil People Die smallpox. 100 mil people die Spanish flu WW1. NAZI V-2 rocket destroyed London Smithfield market 200 mil People die Bubonic Plague originate World Deepest Lake Russian Nuclear Sub Bases Severodvinsk Name Battle Alma Bridge Died Princess Diana. Severodvinsk born JFK assignation Marina Oswald graduated University Michigan UM Pfizer vaccine biggest Factory Covid 19 Biggest Lipid nanoparticles University TX Chile Restaurant worker Oswald Daughter lives by Princess Diana Chef.  Nazi Death Camps Slaughterhouse Cannibalism Author ran USA President Truman announcement Atomic Bomb Hiroshima, Truman founded War Food

Administration National School Lunch Program feeds 30 million Children free school meals President George Bush & International Atomic Energy Agency IAEA run all Nuclear Reactors India 1st Nuclear Missile Test Prime Minister India founded National Food Security Act subsidize Grain 1.4 billion People & 2013 Midday Meal Scheme 120 million Children. IAEA Nuclear isotope crop production China launch SNIP nationwide free School meals in Pilot Countries, China Food & Drug Administration 1st Director executed by Lethal Injection for Briberies approval 150,000 new Drugs. World 3rd Largest Revenue State China Electric CEO Life imprisonment. 2024 Ukraine President in movie Love Big City Manhattan & wife founded Ukraine School Food Program.

   1st DC Supreme Court in Meat market. George McDonald Courthouse beside McDonald Hamburger.  Kidnap Rooftop Mechanical Room beside Elevator shafts made out 1-inch-thick Drywall, deep Elevator pits 5 to 20 ft never used space Commercial Building Ceiling. Lowest Bidder awarded Jobs Blueprint revised $50 Mil Cheaper nobody bids 2nd Blueprint then $60 Million Extras and spend 15 years fix mistakes Courthouse land Purchase from excavator owner Junk yard farm beside 2 Janitors work at McDonalds Hamburgers across Courthouse Custom Drywall founded in Grocery Store & Drywall Basilica Church donated Land to Build Minneapolis Federal Courthouse & Minneapolis Airport Ryan Construction very 1st Building Project A&P National Tea  40 Years World's Largest Retailer A&P Grocery Store Adams Pharmacy became Manhattan World Trade Center Land was Ham Radio Row Arrow Electronics purchase 60 Countries Electronic Distribution Companies. Custom Drywall elevators kidnaping Abbott Laboratories Saint Jude Children Cancer Hospital owner Honeywell made Gun Site Atomic Bomb Hiroshima. Honeywell Uninterruptible Autopilot Boeing Airplanes 911 World Trade Center

Airplane Tail hit AXA Bank fire insured by Alliance & Deutsch all 3 insurance Holocaust Gas Chambers Deutsche Bank Loan 2 billion Donold Trump owner new AXA Building Turner Construction Build Trump Tower, United Nations Headquarters was slaughterhouse Cow tunnels under roads to World Trade Center, Turner Construction headquarters Manhattan Hudson Yard Slaughterhouse Baker Warehouse Uranium Bomb Hiroshima Congo Uranium One Rosatom Purchased from President Obama, Donald Trump accused $145 mill Bribes Hillary Clinton 2010 missing emails to Uranium One Kazakhstan. Medical Factory previously built Satan 11 World Largest Nuclear Missile became a medical factory. Turner Build $2 Billion Ohio Vantage Data Center Europe Largest Data Center Frankfurt 1 NNT Data Center 120,000 employees 50 Countries Car, Hospital, insurance & Grocery Store NNT Data World most complex weapon systems. 88% 100 Richest USA Companies NTT Data Own by Nippon Gov monopoly Japan Telephone subsidiary Cirquent Data AXA NAZI  Allianz & Deutsche Börse Stock Market Manhattan Data Center New Jersey undersea Internet cables Paris & London Stock Market UK Largest Virtus Data Center by Horton Light Railway to 6 Large Mental Hospital 100 patients worked Hydro Power Plant.  World 1st Data Center ENIAC Nuclear Bomb.   Dynamite Fuse maker Lionel Toy Trains Owner Cohn Lawyer Trump Berkshire Hathaway Geothermal Energy for $1 sold NYSE Manhattan Stock Market to Jefery Sprecher worked Uranium, Train Air Conditioning World Longest Tunnel & Sprecher became Rich Stock Market Crash Enron Electric regulator Adam Dad. VOC Volatile Organic Compound Covid 19 Pocahontas died Gravesend London UK oldest surviving market Gravesham Courthouse. World Largest Sun Ink Troy NJ supply guns Indians retook Manhattan NY purchased with Dutch East India Company VOC Nutmeg Spice World only 1 Supplier Dutch East India Company VOC

Founded many Counties Stock market & monopoly Opium smuggling.  Hong Kong Stock Market founder Jardine Matheson Opium WW2 Ammunition Largest Builder Fast Food Restaurants & Nuclear Reactors.

Republican National Convention in Wild Hockey Stadium Billionaire Ink Printer Glen Taylor son stole $10 in Hi School  Biggest drug dealer kidnaper

 Bible Spice Balm Slave Joseph & Queen Sheba in Yemen founded Coffee means wine crucified Jesus. Pfizer Founder ChapStick Lip Balm & Synthetic Spice Drug put in Pen Ink & soaked in Paper Hide $10,000 Drugs on 1 Envelope all Prisoners receive Photo Copied Mail. Majority Prisoners hide drugs box Sugar packets NutraSweet Monsanto Roundup Herbicide World Largest Company WW2 IG Farben Poison Nerve Gas VX Amber Tabun.  World Largest Drug Company WW1 Parke-Davis Merck founder Jacobs maintain Most Nuclear War Heads UM Pfizer Merck World Largest Cancer Drug maker DDT mosquitoes Poison, PCP morphine Cocaine monopoly drug WW2 Soldiers Merck-Jansen Covid Vaccine  Johnson & Johnson vaccine.

Jew Genesis Prize winner Pfizer Vaccine CEO Bourla born Greece Mother bribe release Auschwitz & disappear Bourla President Animal Health Europe inject Protein Hormone before slaughter non-castrated male pigs fecal shit flavor Ham reduced by Sex sorting semen Pfizer Zoetis Headquarters T-Mobile, Zoetis world largest animal medicine & vaccine Underwritten by 6 Bank Owner World Most nuclear weapons often only Banks can verify 80 Mil Refugees

Germany defense ministry says Covid 19 did not Start in Wuhan Institute Virology Subsidary World Biggest Vaccine maker Sanofi-Hochtief made Typhus vaccines & Zyklon B Poison Gas Chambers Auschwitz Concentration Camp financed by

Netherlands & Switzerland School Teachers Pension Fund Canada owner Most nuclear weapons often only Banks can verify 80 mil Refuges. Sanofi StarLink 300 Food Products genetically modified

NAZI Train 1920 China Army provided raw materials WW1 China advisor Became Head Belgium sending Jews to Auschwitz Factories Roundup herbicide & Poison Gas 400 attacks Battles Wuhan Cannibalism ended when attacked Pearl Harbor. 100 Mil Died Floods by Cookbook Yin Yang World 1st Gunpowder & Largest Gunpowder mill Wuhan founded China Largest Steel Baowu ThyssenKrupp Ball Bearings Nazi Tanks.

UNC Chapel Hill University K K K Dairy Farmer founded UNC Laboratory Ralph Baric Covid 19 VOC pathogen Bin Laden atmosphere germs Wuhan Virology Lab Director "Bat Woman Wang *Yanji graduated World Largest Sports Team Owner Anschutz Colorado School Medicine Land Donated by Lawyer of Alfred Packer Cannibalism & Donator Senator Nighthorse attended Placer High School Donner Party Cannibalism John C Fremont with NYSE Stock Market founders (1 Jew Bret Harte wrote explosives books (2 Stephen Watts Kearny Cattle Ranch
Phoenix  AZ  World  1st  McDonald Hamburger Franchise by VA Hospital & 1929 Stock Market Crash land speculator Lost everything son WW1 Ambulance Driver  Ray Kroc Founded McDonalds by Kearny Ranch "Mormon Battalion" founded Moab Utah Moab Trail  Fremont  Surveyed 18  States Land became future Nuclear Reactors, Climax Uranium & Singer Joe Cocker Adam build House 8 Movie Stars Cathey Lee Gifford, Conne Chung, Harrison Ford Indian Jones poisoned Food Waiter Wu Han & 2012 Covid 19 Mojang Mine owner Mine in (Song) Cole Miner's Daughter Reba McEntire born in McAlester OK makes Moab bomb drop Bin Laden

hiding in Cave.                                             Princess Diana

Children Born Hospital Hoffman Founded Heroin = Sodexo Largest Food Catering

Schools & Army.    School Tunnel Kidnaper Javen Electric Owner Farm became

Mankato Police Station by East Hi School Hoffman Rd Computer Worker Adam Aunt

parents own meat processing Farm & Funeral Homes. Pig Farmer Adam Uncle Jim

Kazemba run School Board.  Arcom Architect Software designer Adam brother wife

Veterans VA Hospital Robot Hearts parents Marge McDonald & Ronald Hoffman

Semi Trucks Pig Shipping. Adam live with Miami VA Hospital Heart Surgeon Mayo

Clinic when Congressman Wigley die Heart attack, Adam Grandma Neighbor Pig

Shipping owner only House by Churches across Lake Crystal Hi School beside farms

School Secretary Annette Rode  parents Farms by Wolf Creek Nuclear Reactor &

Green Giant. Rode & Green Giant janitor only 2 nice people at Grandpas Funeral

Cub Grocery Store Manager Mom & School Cook Dooring Daughter Said Adam

would be nice catch & Hostess Twinkie Manager daughter said 2 boys left House

Died involving Cocaine Dealers across Front Doors Funeral Church & 8 years late

Rode rent Uncle Farms. School Cook Lisa Dooring Daughters Mary (1 Adam cousin

employer Trivis 200 Nuclear Storage (2 Army Solder Purchase House beside Future

Strip Club. Adam Grandpa owned State Farm insurances beside Mankato Only Strip

Club, Adam 2 Uncles Owner Allstate insurances & Vice President Farmers

insurances double pay World Trade Center Collapse.  Doctor Jasper & Chad Dressler

House across Grade School Food Room Chad beat up Adam then work Siemens

Nuclear Germany. Population 2300 Lake Crystal Police Station view Old Grocery

Store Front Door  by Police Officer House Neighbors Heroin Dealers House view Hi

School Food Room & All School Buss turn by Mom neighbor Patrolman House Tory

purchased then own House across Franklin School

Adam Mom & Step Grandma & Tory Mom all Shop 5 separate Grocery Stores same homeless visit everyday 20 years sit by Banks & Restaurant. McDonald Janitor Family Never in Walmart Grocery see closest Neighbor 50 times all other Big Grocery 80 miles. Mormons or Homeless follow Adam every time Get Grocery. McDonald Egg McMuffin Founded by Calvary Cemetery & UCSB by 5 Defense Contractors.   Murder Many Babies Church Basement Calvary Cemetery entrance 2 biggest Drug Dealers Neighbor Old Country Food Buffet Manager & 2 College Professor son Pettman date prostitute often with Mom in Grocery & Pettman move by Sams Club Grocery & Teach Kids Hockey. Tory Teach Kids Karate Cocaine Dealers Parents attend Church 3 sides Mankato Court House by House Sticky Vicky 14 Year Old Prostitutes Pimps Parents Farm beside World Largest Farm Fest owner Daughter Vickey Buss = Street Names & Bus Stops match Stock Market Companies & Founders Names.        Kindergarten School aways 1st one pick biggest food treat, Navy Submarine Sailors Hide Bails Cocaine in Adam Room Navy Kids Sat on Big Wheel toys force many Girls Dance Naked Fisher Price Radio then 10 years 30 Hours week Mom sat at Hardee Hamburgers with kids go in Storm Drain Tunnel under Mankato Social Security Mall. Watertown South Dakota Hardees across Social Security by House Adam Dad Federal Government Director WAPA Electric 80 ft Computer Screens 16 States Power Grid Dad WAPA Office Social Security Billings Montana. Adam stepmom relative Craig Schaunaman President Barack Obama appointed Heart-Land Grain Fuel Ethanol Gas Craig Director Federal Farm Loan Building Social Security Office Huron SD. Adam small Family own Million acres farm land. 1980s Farm Crisis Foreclosed Many Farms PCA Bank Director Adam Grandpa & Neighbors ran Hubbard Grain Milling & Cenex Grain Fuel Ethanol cannibalism human body Parts in food Cans Green Giant managers relative Adam.  Osama Bin

Laden blow up USS Cole  BattleShip NIDEC Generator maker Adam Step Dad Navy Email Plain & missile Launch NIDEC semen analysis identified dead Osama World Trade Center Collapse Manhattan Red Cross Director Sandra K Morgan & Adam had sex 1000 times use bathroom Collect Semen = All Foreign Exchange Students get arrested call Psychologist Sandra office Building Cray Computers all USA Nuclear Weapons. Drop off many kids at McDonalds = Sandra neighbors employer Billman Construction owner all Duluth MN Adult Books & Strip Clubs visited everyday Carpenters

Only Place Adam was beat up in Hi School was 10 times by School Kitchen Doors 2 closest Classrooms only 2 Teachers Suspend Adam often sat by Cary Lang Became Drug Anesthesiologists married Tunnel Kidnaper Jason Sack told everyone Beautiful Girls picked on Transfer New School & Sack Electrician by Fremont County WY Airport.

Many Army Soldiers died drinking Food Coloring in Vodka Windshield Washer Fluid Bottles of Adam Co-worker During 911 Attacks Adam owned 20 Acres beside Farm Anesthesiologists across Kennedy Bar & Owner RR Bar while People live beside bar & People date Bartenders Help Build Adam Pole Barn.   Vyaire Heart Drugs Headquarters 15 Boat Brands Brunswick Bowling alley Adam work partners Pipe Stone MN Bowling Alley owner Arlington National Cemetery Honor Guard Unemployed Girlfriends Smoke meth drug all day hanging out eating area lunch food Box Cooler & never want to stay at free Lake House provided by Job owner give everyone Free beer after work. Adam built Best Buy headquarters all Opus Forman liked a Carpenter nicknamed Bonner never worked much & hung out Eating area all Day. Force Nazi & Japan Soldiers Drug addicts Delta Airline

Pilot & 5 Jewish Families let Adam live alone in their House with Free Prepared Food in 3 Jew Condos view Meating area Steamboat Kids Ski School classes provide food meals Supervisor Adam roommate Chriss often talks about eating rat hot dogs becoming sick 10 Years. Classmates Kidnapers Join Army Soldiers Parents Managers Grocery Stores & Restaurants across House Army Veterans founded most all Fast-Food Restaurants.

  Europe Largest Cooking Spice maker Dieter Fuchs founder paid released Buchenwald Concentration camp & Founded McCormick Old Bay Seasoning & Hepatitis C rat virus University John Rockefeller's daughter married McCormick Spice Founder Director Federal Reserve Bank Richmond VA by Headquarters Louis Dreyfus GAS Dominion Electric Nuclear Reactors by Al Rosenbaum Holocaust Museum Richmond VA Founder King Spain Philip II physician World 1st exporters Tobacco seed.

911 Memorial maintained by Online Police Reports LexisNexis Dynamite Nobel Paints LexisNexis in Helmsley Building Hideki Yokoi in Prison financed Donold Trump lease Empire State Building & make lot money Break lease. African Slave Stock Market 1930 World Tallest Building 40 Wall Street lease Trump SOM Build 3 National Nuclear Weapon Laboratories Nuclear Medicine Cancer & 911 World Trade Center SOM Wuhan & P&G Pantex Stockpile Nuclear Weapons assembly disassembly became experimental Cattle Feeding TTU University SOM CANDU Nuclear reactors Canada Chalk River NRU 16 mil people year cancer treatment NRU radioactive isotope cobalt salting Nuclear Weapons Albert Einstein letter founded Manhattan Project Rome Born Enrico Fermi Patent Atomic Bomb Einstein refrigerator & 1st Electron microscope.

WW2 Start Same Day open Corona Park NY World's fair 1 mile Born Donald Trump family Build 27,000 Apartments Soldiers return War.  Trump Covid 19 stimulus reopen Climax Uranium Mill Covid 19 closed Saskatoon World Highest Grade Uranium Mines Brookfield assets Vornado Realty owner Donold Trump winning Bid World Trade Center remove Bid months before 911 Osama Bin laden owner SBG World Largest Construction Company maintain Meca Medina mosques & Bible Temple Mount & Jeddah Tower Al Waleed finance 911. Princes Diana attend Hi School owner Dodi father owned Paris Ritz Carlton Hotel, Uranium Mines, Harrods & James Bond Thunderball Yacht sold Al Waleed & Trump visit 20 Year Coma Prince Al Waleed in Prison Riyadh  Ritz-Carlton seize $100 Billion Assets Qatar Investment Authority Finance 911 & Sainsbury Grocery Distribution Center by Rye House attempt assonate King Charles Land Grant Hershey Chocolate PA Factory across Police Station by Bombshell Bridal Store & Born Pilot 911 Terrorist Crash 99 Miles Hershey PA & Slaughterhouse Susquehanna River Nuclear Reactor owner Amazon.

 Moab Bomb Maker Choctaw Indians Mohawk Sky Walker Build 1973 World Trade Center 2001 sold by World 2nd Largest Law firm Latham & Watkins patent Pfizer Vaccine & Arab 1st Nuclear Reactor CBS TV 50% World Nuclear service Westinghouse Losing Bid 911 World Trade Center. Pfizer Headquarters 3 sides General Atomic Nuclear Missal

Until 1960 World Only 1 Cancer Treatment Nuclear Medicine Napoleon founded mines Atomic Bomb Hiroshima Belgium Congo Uranium Umicore Unilever Solvay Pantera Terra Power owner USA Biggest Landowner Bill Gates World Biggest Covid 19 Investor & Atomic Energy Commissioner Grandson Jeff Bezos. Bill Gates Father

own law firm Nuclear Submarine Nuclear Fuel Decommissioning & Insurance Nuclear Reactors.  WW1 All Germany Gold & Silver Coins Mint Evonik Degussa became World Biggest Chemical Companies Food Ingredients Factories Solvay process Shugar & Poison Mustard Gas, Orano Uranium by only 2 Homeless Shelters France McDonald Headquarters by Versailles Treaty End USA Revolutionary War Palace Versailles Napoleon PATENT  World 1st Boat engine used gas explosive Lycopodium powder Copy Machine Founder Niépce 1820  World Oldest Surviving Color photography Uranium Salts Lavender Oil Varnish embalming Ancient Egypt Mummy Silver chloride Coated paper Uranium nitrate movie film plate 1896 founder x-rays  Marie Curie. Delta CO Climax Uranium of Marie Curie Gunpowder Factory became Prostitute Prison Salpêtrière Hospital Died Princes Diana last Priest Church Building Social Security. Princess Diana date Islamic  Largest Art Dealer Oliver Hoare graduate Salpêtrière Nobel Prize HIV Virus founder Salpêtrière Hospital Europe largest Centre Scientific Research CRNS Doctors eaten by Zulu African cannibals CRNS Nuclear Particle Physics Wuhan Lab owner Mérieux Drug Distribution 160 Countries Mérieux vaccine Bubonic Plague, Milk Pasteurization Louis Pasteur & Europe 1st Heart Transplant Salpêtrière Hospital Lab Justus Liebig founder Beef Bouillon Cube Sanofi Alfred Nobel Nitroglycerin explosives, Napoleon III  founders World Largest Cancer toxic air pollutant Wurtz Ethylene glycol Poison Mustard gas & Lloyd Hall 59 Patents Meat Preservatives & Food Spice ethylene oxide with Jean Dumas isolated 24 new Chemical Compound nitro explosive chemical warfare Benzyl bromide Women's Perfume Menthol Founder Strychnine Poison 336 BC Alexander Great born Dodi.        Bill Gates ancestors Civil War Gunpowder Factory Saltpeter Born President Bush ancestors Mayflower Ship landed at Future Mayflower Nuclear Reactor location 1st Patent Refrigerator &

Mayflower Ship Gunpowder Plotters relative Princess Diana the Crown Episode 8 Gunpowder & Slave Underground RR.  World 1st underground 3 Wire Power Thomas Edison USA 1st Power Plant Manhattan Wall Street Subway to Corona Queens Hiroshima Atomic Bomb Manhattan Project Albert Einstein founded Zyklon Poison Gas & Nuclear Radiation Blood Plasma Sanofi Novartis influenza vaccine sold to CSL pioneer heat treatment HIV Blood made safe CSL World 1st HPV Vaccine anal sex disease HPV 90% all Cervical Cancer. USA Produce 70% Worlds Plasma Clinics pay Homeless $65 give Blood every 2 days $975 month $1000 Bonus. All Jack Daniels Whiskey made Saltpeter Cave rare minerals Yellow School Bus Paint.  WW1 Cancer 1st Chemotherapy Drug alkylation Poison Mustard Gas Nobel Prize Albert Einstein College. Bible Moab false God Chemo

Butcher Shop Founded 1,300 Schlecker Drug Stores Owner children kidnaped in Ulm Germany born Albert Einstein & Schlecker Drug Stores sold to Kaufland World 23rd Richest Dieter Schwarz CEO Lidl Grocery & Kaufland 2,730 Grocery Stores Baden-Württemberg Headquarters Bombed WW2.   Israel Operation Opera Bomb Baghdad Nuclear Reactors sold by France Prime Minister Chirac missing when Princess Diana Car Crash Survivor became Security Director AstraZeneca Covid Vaccine. Chirac gave Dior handbag Princess Diana at Met Gala revenge Dress maker = Edith Rosenbaum Died Titanic husband John Jacob Astor owned Fur Company & Manhattan NY Pig Farms.  Diana Brother cooked 250 meals Covid 19 workers. World Largest Guided Nuclear Missile Raytheon founded Microwave Oven Patent Tappan 1st Hostile Takeover Carl Icahn Pan Am Airway founders Army Generals Smithfield Ham by Newark Airport 911 Flight 93 Terrorist born by Pakistan 1st  5 underground Nuclear Test Mosque Muslims 1st Nuclear Reactor CANDU Karachi University Virology Covid 19 = 486 BC assassination King Xerxes.

WW2 Radar Microwave Oven inventor Jew German co-Nobel Prize Ramsey Nuclear magnetic resonance 1st Director CERN Manhattan Project Nuclear Bomb Lamb shift CERN Jew director-general wife mother & 500 German Leaders killed NAZI Coup d'état Night Long Knives make Chancelor Adolph Hitler suicide Walter PPK Pistol made Neuengamme concentration camp  Jew Dentist Fritz Pfeffer hid Anne Frank House Factory Opekta Fruit Jam Director Otto Frank became Dr Oetker Food Processing 30,000 Employes = Henkell winery Headquarters Luftwaffe Airforce = NAZI Swastika Logo Meat Tin Can  founder winer Contest Napoleon Battle Friedland

World 1st Adult Movie Peep Show Thomas Edison Lab World 1st X-Ray Radiation Death by USA Headquarters Evonik Degussa & Camp Kilmer USA Largest processing soldiers sent to WW2 Largest Processing NAZI Prisoner War Trains 600 POW Camps released Camp Kilmer FEMA 911 Attacks temporary headquarters Federal Emergency Management FEMA Oklahoma City Bombing Court Hearing by McAlester OK Moab Bomb

WW2 DuPont Dynamite founder World Largest American Airlines & ABB remove Nazi Swastika Logo & BBC Nuclear Reactors Vickers Church Bell Factory founded Briton 1st Submarine & WW1 Handley O Page Bombers converted to World 1st Passenger Airplanes World  1st stewardess Ellen Church Born by Feather-lite Horse Trailers 85% NASCAR teams. 2nd Woman Nobel Prize Nuclear shell model Aage Bohr lived Mansion Laboratory World 6th Largest Carlsberg Brewery Nazi Swastika Label Beer Bottle.   Germany Nuclear Reactors Owner E.ON VEBA 1800 Paintings Nazi stolen art E.ON Power Outage restore Electric to all areas except Berlin Tesla Car Factory by NAZI very 1st Concentration Camp Euthanasia Testa Poison Phenol Germany Biggest Rat Poison Pest Control Testa distributor Zyklon B Poison Gas.

Elon Musk Computer Chips in Pigs brains and Human Brain Chips. Nikola Tesla claim osculator collapse Empire State Building.  Warfarin prevent People Blood Clots Thinner Vitamin K Warfarin Ratner founded as d-CON Rat Poison Reckitt Starch Mill 1850, Bayer Aspirin Founded in Auschwitz, Reckitt JAB Holdings owner Peet's Coffee, Pinnacle Pet Insurance, ETHOS Veterinary JAB Coty Coffee, Jacobs Douwe Egberts Coffee JAB Espresso House, Baresso Coffee, Green Mountain Coffee Dr Pepper Snapple Group Bally JAB Crispy Cream Donuts Caribou Coffee.  Dachau concentration camp 1st liberator Founder Canada Largest Hydro & co-director Brittain 1st major film director Donald Brittain Film Award  Human Harvest  China State Prison.  7 Sugar Factories became Concentration Camps. Battle Waterloo World Largest Sugar Company Südzucker grind up 200,000's Dead bodies field fertilizer at World Largest fertilizer AU Wesfarmers Car Tires Continental AG sugar conveyor belts Dead Body Auschwitz. Strabag World Largest Concentration Camp Builder Autobahn Strabag CEO Südzucker Sugar & Europe Largest Insurance Group Uniqa. World Largest Cellulose Cigarette Filter, Wedding Dress & Rubber maker Sanofi-Hochtief Alfred Nobel Nitroglycerin explosives Justus Liebig, Hitler Eiffel Tower Human Zoo NATO Headquarters moved Brussels Human Zoo World 1st Nuclear Bomb Statue Atomium 1935 World Fair Docks $20 mil Public Outdoor Swimming pool roof Slaughterhouse end Nazi ghost train. 1700 AD Crucifixion Jesus Oil Painters Ferrari Domenico Family & Giovanni *Ansaldo. NAZI Founded most all Super Cars = Enzo Ferrari by Moderna Vaccine Receive no Royalties Covid Lipid Founder polymun by Womb Bicycles & World largest Vaccine Viel SPAMI. Lamborghini named USA Founder Christopher Columbus Poison gord smoke Gas Hatti.

World 1st Nuclear Test at McDonald House closest City Las Cruces NM School superintendent founded free meals & resigned when Adam 1st moved by Homeless Meals Wheels neighbor  6 Unit Apartment Complex 5 Apartments Collect Social Security become Homeless drug addicts because Apartment #4 nark informant Heroin Drug Dealer People Overdose on Street Purchase Drugs. 2 Heart attack overdose death 2 Closest Apartments Adam across Calvario Restaurant & Homeless Meals Wheals by Calvario Homeless Shelter all view Federal courthouse kidnaping tunnels. Apartment Rental Agency & All Grocery Stores by Farmer insurances  = Manhattan Rhino  insurances $700  yearly security deposit Climax Uranium Apartment RPM Rentals Headquarters by Uncle Koch design 555 Timer & Dad WAPA Office Loveland Airport by Hatch Engineering.

   World 1st Electric & Plumbing House Princes Diana born *Norfolk Denver UK Eccles Train Station UK 1st Ethanol Factory UK Largest Sugar Amalgamated Union London Grand Junction RR  World Largest Joint-stock company 3,700 Employes Die WW1. Climax Uranium Mill by Headquarters City Market = Grocery Stores workers Union Amalgamated Bank founded USA Carpenters Union & Amalgamated Meat Cutters Union Taft-Hartley Pension Fund Wilson-McShane headquarters TSA Security Kansas City Airport/  Denny Hamburgers owner TWA United Airlines 911 Terrorist from Hamburg Germany  Blowmen means Flowers.

Adam Strege **517 E Las Cruces Ave #1, Las Cruces,** NM 88001 *Adam Strege* 12/17/2024

   3 Pages Evidence attached Complaint



001077447000001
US District Court Clerk
777 Florida Street
Suite 139
Baton Rouge LA 70801
USA

Adam Strege
517 E Las Cruces Ave #1
Las Cruces NM 88001
novoblue8@gmail.com

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

10774326.1.1-19



001077426000011
US District Court Clerk
777 Florida Street
Suite 139
Baton Rouge LA 70801
USA

Adam Strege
517 E Las Cruces Ave #1
Las Cruces NM 88001
novoblue8@gmail.com

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

9557642б1     15 LBP6NF6 70B01



SCREENED
OK
U.S. MARSHAL

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

