UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADAM STREGE

VERSUS

ALL PLANETS NUCLEAR MISSLES, ET AL.

CIVIL ACTION

24-1047-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes, dated March 24, 2025, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that this suit shall be DISMISSED. The dismissal shall be WITHOUT PREJUDICE, and that Strege shall be given an opportunity to file an amended complaint stating specific facts to establish that this Court has federal subject matter jurisdiction under 28 U.S.C. § 1331. If Strege fails to timely file an amended complaint that cures the jurisdictional deficiencies, the dismissal will become one WITH PREJUDICE.

Signed in Baton Rouge, Louisiana, on this 8th day of May, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 13.
[2] Rec. Doc. 18.