UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADAM STREGE

VERSUS

ALL PLANETS NUCLEAR MISSLES, ET AL.

CIVIL ACTION

24-1047-SDD-EWD

### ORDER OF DISMISSAL

For the reasons outlined in this Court's *Ruling* adopting the *Report and Recommendations* of the Magistrate Judge in the captioned matter;

**IT IS ORDERED** that this matter is DISMISSED WITHOUT PREJUDICE.

Signed in Baton Rouge, Louisiana this 8 day of May, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA